UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA JOHNSTON, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  26-cv-00403-AJB-AHG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION AND STIPULATION PURSUANT TO LOCAL RULE 12.1 EXTENDING BRIEFING SCHEDULE**<br><br>(Doc. No. 4) |

Before the Court is the Joint Motion and Stipulation Pursuant to Local Rule 12.1 Extending Briefing Schedule filed by Plaintiffs Bianca Johnston and Anastasia Chernov (collectively, "Plaintiffs") and Defendant Costco Wholesale Corporation ("Costco"). (Doc. No. 4.) The parties indicate that on January 26, 2026, Plaintiffs provided Costco "with the notice contemplated by Cal. Civ. Code § 1782(a)" of claims for monetary relief under the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.* ("CLRA"). (*Id.*

1

26-cv-00403-AJB-AHG

at 2.) They additionally explain that "Plaintiffs intend to amend their Complaint to add claims for monetary relief under the CLRA." (*Id.*) The parties thus ask the Court to:

    (1)   Hold Costco's deadline to respond to the Complaint in abeyance;

    (2)   Allow Plaintiffs to file a First Amended Complaint on or before April 30, 2026;

    (3)   Allow Costco to respond to the First Amended Complaint on or before June 4, 2026; and

    (4)   Set a briefing schedule for the event that Costco responds to the First Amended Complaint by motion.

(*Id.* at 3.)

The joint motion is **GRANTED IN PART and DENIED IN PART**. Pursuant to Chambers Rules, any requests to continue or reschedule a date or deadline must "include specific details addressing . . . good cause for the requested change" and "be supported by a detailed declaration, explaining the specific reasons." J. Battaglia Civ. Case Proc. § III.D. Despite this requirement, the parties do not offer any specific explanation for why Plaintiffs require an additional month to prepare a first amended complaint. Pursuant to the CLRA, a plaintiff must provide a defendant with 30 days of notice before "the commencement of an action for damages." Cal. Civ. Code § 1782(a). Thus, it appears that Plaintiffs could have filed a first amended complaint as early as February 25, 2026, *i.e.*, 30 days after Plaintiffs' January 26, 2026 notice to Costco. (Doc. No. 4 at 2.) It is unclear why Plaintiffs seek an additional two months to amend their Complaint. (*See generally id.*)

Nevertheless, the Court recognizes Plaintiffs "may amend [their] pleading once as a matter of course no later than . . . 21 days after service of a responsive pleading or . . . motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Courts also "freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2); *see also Foman v. Davis*, 371 U.S. 178, 182 (1962). Plaintiffs requested a waiver of the service of summons on Costco on January 28, 2026. (Doc. No. 3.) Costco agreed to the waiver. (*Id.*) Costco's deadline to respond to Plaintiffs' Complaint is thus March 30,

26-cv-00403-AJB-AHG

2026. Fed. R. Civ. P. 4(d)(3), 6(a)(1)(C). Plaintiff would then be allowed to file a first amended complaint by April 20, 2026. Fed. R. Civ. P. 15(a)(1)(B). Under these circumstances, Plaintiffs may file a first amended complaint on or before **April 20, 2026**.

Because the first amended complaint would moot any responsive filing by Costco, Costco's deadline to respond to the Complaint is continued to **May 11, 2026**. Fed. R. Civ. P. 12(a)(1)(A), 15(a)(3). Costco may then respond to either the Complaint (if Plaintiffs fail to file a first amended complaint) or the anticipated first amended complaint. If Costco responds by motion, the Court will set an appropriate briefing schedule after the motion is filed. *See* J. Battaglia Civ. Case Proc. § III.B.

Accordingly, the parties' request to:

(1) Hold Costco's deadline for responding to the Complaint in abeyance is **DENIED**. Costco's deadline to respond to the Complaint is **CONTINUED** to **May 11, 2026**.

(2) Allow Plaintiffs to file a first amended complaint on or before April 30, 2026, is **GRANTED IN PART and DENIED IN PART**. Plaintiffs may file a first amended complaint on or before **April 20, 2026**.

(3) Allow Costco to respond to the first amended complaint on or before June 4, 2026, is **DENIED**. Costco's must respond to any filed first amended complaint on or before **May 11, 2026**.

(4) Set a briefing schedule for the event that Costco responds to the first amended complaint by motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  March 24, 2026

Hon. Anthony J. Battaglia
United States District Judge

3