Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  +1.206.359.8000
Facsimile:   +1.206.359.9000

*Attorney for Defendant Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA JOHNSTON AND ANATASIA CHERNOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1-10,<br><br>Defendant. | Case No. 3:26-cv-00403-AJB-AHG<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge:           Hon. Anthony J. Battaglia<br>Courtroom: 4A<br>Date:            August 13, 2026<br>Time:            10:00 AM |

**<u>NOTICE OF MOTION AND MOTION TO DISMISS</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on August 13, 2026, at 10:00 AM, in Courtroom 4A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendant Costco Wholesale Corporation ("Costco") will and hereby does move the Court to dismiss Plaintiffs' First Amended Class Action Complaint ("Amended Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Specifically, pursuant to Federal Rule of Civil Procedure 12(b)(1), Costco moves for an order dismissing Plaintiffs' request for injunctive relief. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Costco moves for an order dismissing Plaintiffs' Claims for violation of Washington's Consumer Protection Act, California's Consumer Legal Remedies Act, California's Unfair Competition Law, and California's False Advertising Law for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities contained herein, any reply papers that may be submitted, on the arguments of counsel at any hearing that may be held, all of the pleadings, files, and records in this proceeding, and any such evidence as may later be submitted.

This motion is made following the conference of counsel that took place on May 26, 2026.

Dated:  June 4, 2026                    **PERKINS COIE LLP**


By: */s/ Charles C. Sipos*
    Charles C. Sipos

Attorney for Defendant
Costco Wholesale Corporation