Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorney for Defendant Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA JOHNSTON, AND ANATASIA CHERNOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-10,<br><br>Defendant. | Case No. 3:26-cv-00403-AJB-AHG<br><br>**DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION TO DISMISS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Courtroom: 4A<br>Date: August 13, 2026<br>Time: 10:00 AM |

-1-
3:26-CV-00403-AJB-AHG
DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Charles C. Sipos, declare as follows:

1.      I am an attorney licensed before this Court and counsel of record in this action for Defendant Costco Wholesale Corporation ("Costco"). I submit this Declaration in support of Costco's Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the label on Costco's Kirkland Signature Seasoned Rotisserie Chicken identified in Plaintiffs' First Amended Class Action Complaint ("Amended Complaint") at ¶¶ 15, 86 and pictured at ¶¶ 18–19. These images accurately depict the label as it appears in Costco retail warehouses.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the article titled "What are preservatives in food and How they work?" available at https://foodadditivesforhealth.com/preservatives-in-food/ and cited in the Amended Complaint at ¶ 28 n.8.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the article titled "What Does 'No Preservatives' Mean on Food Labels?" available at https://scienceinsights.org/what-does-no-preservatives-mean-on-food-labels/   and cited in the Amended Complaint at ¶ 28 n.8.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the article titled "Role of Preservatives in Food Safety and Shelf Life Extension" available at https://foodsafety.institute/food-fundamentals-chemistry/role-of-preservatives-in-food-safety/#what-are-food-preservatives and cited in the Amended Complaint at ¶ 28 n.8.

-2-

3:26-CV-00403-AJB-AHG
DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

6.    Attached hereto as **Exhibit E** is a true and correct copy of the article titled "How Safe Are Food Preservatives?" available at https://www.everydayhealth.com/diet-nutrition/how-safe-are-food-preservatives/ and cited in the Amended Complaint at ¶ 28 n.8.

7.    Attached hereto as **Exhibit F** is a true and correct copy of the article titled "Preservatives" available at https://www.britannica.com/topic/food-additive/Preservatives and cited in the Amended Complaint at ¶ 28 n.8.

8.    Attached hereto as **Exhibit G** is a true and correct copy of the article titled "Reactivity of Food Preservatives in Dispersed Systems" available at https://www.sciencedirect.com/topics/food-science/food-preservative and cited in the Amended Complaint at ¶ 29 n.9.

9.    Attached hereto as **Exhibit H** is a true and correct copy of the article titled "Clean-label alternatives for food preservation: An emerging trend" available at https://www.sciencedirect.com/science/article/pii/S2405844024118464 and cited in the Amended Complaint at ¶ 29 n.9.

10.    Attached hereto as **Exhibit I** is a true and correct copy of the article titled "Consumer Willingness to Pay for Preservative-Free Food: The Case of Beijing" available at https://www.econstor.eu/bitstream/10419/90450/1/CRC-PEG_DP_70.pdf and cited in the Amended Complaint at ¶ 29 n.9.

11.    Attached hereto as **Exhibit J** is a true and correct copy of the article titled "Properties and applications of sodium phosphate" available at https://naturalpoland.com/en/artykuly/food-additives/properties-and-applications-of-sodium-phosphate/ and cited in the Amended Complaint at ¶ 36 n.13.

-3-

3:26-CV-00403-AJB-AHG

DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

12. Attached hereto as **Exhibit K** is a true and correct copy of the article titled "Carrageenan: Enhancing Texture and Improving Shelf-Life in Processed Foods" available at https://easybuyingredients.com/blog/carrageenan-product-improvement/ and cited in the Amended Complaint at ¶ 38 n.15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of June 2026, in Seattle, WA.


By: */s/ Charles C. Sipos*
Charles C. Sipos, Bar No. 348801

*Attorney for Defendant Costco Wholesale Corporation*

-4-
3:26-CV-00403-AJB-AHG
DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS